United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Scott D Coots  
Amber B Coots  
    Debtors

Case No. 14-02219-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: REshelman    Page 1 of 1    Date Rcvd: Mar 31, 2017  
Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2017.  
db/jdb      +Scott D Coots,    Amber B Coots,    600 Yale Street Unit 1706,    Harrisburg, PA 17111-2558

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2017 at the address(es) listed below:

     Alexandra Teresa Garcia    on behalf of Creditor    Residential Credit Solutions, Inc. ecfmail@mwc-law.com  
     Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
     James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
     Leslie J Rase    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com  
     Martin A Mooney    on behalf of Creditor    Capital One Auto Finance, a division of Capital One, N.A. tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com  
     Martin A Mooney    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com  
     Paul Donald Murphy-Ahles    on behalf of Joint Debtor Amber B Coots pmurphy@dplglaw.com, kgreene@dplglaw.com  
     Paul Donald Murphy-Ahles    on behalf of Debtor Scott D Coots pmurphy@dplglaw.com, kgreene@dplglaw.com  
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov

     TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amber B. Coots<br>       Scott D. Coots<br>                 Debtors | CHAPTER 13 |
| Ditech Financial LLC<br>                 Movant<br>    vs. | NO. 14-bk-02219-RNO |
| Amber B. Coots<br>Scott D. Coots<br>                 Debtors<br>Charles J. DeHart, III<br>                 Trustee | 11 U.S.C. Section 362 |

**ORDER**

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 600 Yale Street , Unit 1706 Harrisburg, PA 17111 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

By the Court,

*Robt. N. Opel II*

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

Dated: March 31, 2017