In re:
Scott D Coots
Amber B Coots
        Debtors

Case No. 14-02219-RNO
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1       User: REshelman       Page 1 of 1       Date Rcvd: Jul 27, 2017
                        Form ID: trc        Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4575848        ##Ocwen Loan Servicing,    P.O. Box 79135,    Phoenix, AZ 85062-9135
                                                     TOTALS: 0, * 0, ## 1

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                             Signature:   _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
       Alexandra Teresa Garcia    on behalf of Creditor    Residential Credit Solutions, Inc.
       ecfmail@mwc-law.com
       Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com,   dehartstaff@pamd13trustee.com
       James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
       Leslie J Rase    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com,   lerase@logs.com
       Martin A Mooney    on behalf of Creditor    Capital One Auto Finance, a division of Capital One,
       N.A. tshariff@schillerknapp.com,   ahight@schillerknapp.com
       Martin A Mooney    on behalf of Creditor    Capital One Auto Finance tshariff@schillerknapp.com,
       ahight@schillerknapp.com
       Paul Donald Murphy-Ahles    on behalf of Debtor Scott D Coots pmurphy@dplglaw.com,
       kgreene@dplglaw.com;r49534@notify.bestcase.com
       Paul Donald Murphy-Ahles    on behalf of Joint Debtor Amber B Coots pmurphy@dplglaw.com,
       kgreene@dplglaw.com;r49534@notify.bestcase.com
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                     TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:14-bk-02219-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Scott D Coots
600 Yale Street Unit 1706
Harrisburg PA 17111

Amber B Coots
600 Yale Street Unit 1706
Harrisburg PA 17111

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/27/2017.

Name and Address of Alleged Transferor(s):

Claim No. 21: Ocwen Loan Servicing, P.O. Box 79135, Phoenix, AZ 85062-9135

Name and Address of Transferee:

New Penn Financial, LLC
d/b/a Shellpoint Mortgage Servicing
P.O. Box 10675
Greenville, SC 29603-0675
New Penn Financial, LLC
d/b/a Shellpoint Mortgage Servicing

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/29/17

Terrence S. Miller
**CLERK OF THE COURT**