## UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Scott D. Coots                                    **Chapter** 13
Amber B. Coots

      **Debtor(s)**                          **Case No.** 1:14-BK-02219-RNO

## NOTICE OF CHANGE OF ADDRESS

The Debtor(s) in the above-referenced matter request a change of mailing address for Debtor(s):

| **FROM** | **TO** |
|---|---|
| Scott & Amber Coots<br>600 Yale Street, Unit 1706<br>Harrisburg, PA 17111 | Scott & Amber Coots<br>209 Thrush Drive<br>Hummelstown, PA 17036 |

| | |
|---|---|
| Date: September 6, 2017 | Movant's Name, Address, Phone Number:<br>Paul D. Murphy-Ahles, Esquire<br>DETHLEFS PYKOSH & MURPHY<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com |