# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**In Re:**                                      **Case No.** 14-02219

                                               **Claim No. :** 10

SCOTT D COOTS AND AMBER B COOTS

Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Capital One Auto Finance | Capital One Auto Finance c/o AIS Portfolio Services, LP |
| P.O. Box 821209 | 4515 N Santa Fe Ave. Dept. APS |
| Dallas, TX 75382-1209 | Oklahoma City, OK 73118 |

**Address where Payment to the creditor be sent:**

| | |
|---|---|
| Capital One Auto Finance | Capital One Auto Finance c/o AIS Portfolio Services, LP |
| P.O. Box 821209 | P.O. BOX 4360 |
| Dallas, TX 75382-1209 | Houston, TX 77210-4360 |

Date: 11/30/2017                          /s/ Mohammed Lala

                                                Creditor's Authorized Agent for Capital One, N.A.