```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 14-02219-HWV
Scott D Coots                                                   Chapter 13
Amber B Coots
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1           User: RyanEshel            Page 1 of 1          Date Rcvd: Dec 17, 2019
                               Form ID: fnldec            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
db/jdb         +Scott D Coots,    Amber B Coots,    209 Thrush Drive,    Hummelstown, PA 17036-8835

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor   Residential Credit Solutions, Inc.
               ecfmail@mwc-law.com,     ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Leslie J Rase   on behalf of Creditor   Ocwen Loan Servicing, LLC pabk@logs.com,    lerase@logs.com
              Martin A Mooney    on behalf of Creditor   Capital One Auto Finance, a division of Capital One,
               N.A. kcollins@schillerknapp.com,    acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Martin A Mooney    on behalf of Creditor   Capital One Auto Finance kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Amber B Coots pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Scott D Coots pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Scott D Coots,<br>**Debtor 1**<br><br>Amber B Coots,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:14−bk−02219−HWV |

Social Security No.:
    xxx−xx−4821    xxx−xx−3456

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: December 17, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (05/18)